295 S.W.3d 600 (2009)
Damon PHIPPS, Appellant,
v.
STATE of Missouri, Respondent.
No. WD 70281.
Missouri Court of Appeals, Western District.
October 27, 2009.
Rosalynn Koch, Columbia, MO, for appellant.
Shaun J. Mackelprang and Dora A. Fichter, Jefferson City, MO, for respondent.
*601 Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

Order
PER CURIAM:
Damon Phipps appeals the denial of his Rule 24.035 motion after an evidentiary hearing. We affirm. Rule 84.16(b).